ROLLIN B. CHIPPEY, II, State Bar No. 107941
DIANE L. WEBB, State Bar No. 197851
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: dwebb@morganlewis.com

Attorneys for Plaintiff
GREG STRANGER

RAGESH K. TANGRI, State Bar No. 159477
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Tel: 415.391.5400
Fax: 415.397.7188

Attorneys for Defendant
THE BOSTON CONSULTING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREG STRANGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOSTON CONSULTING GROUP, INC., and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. C 06-6412 MJJ<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**<br><br>**[Civil L.R. 6-1, 6-2, 7-12]**<br><br>Date:　　　　December 5, 2006<br>Time:　　　　9:30 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　　　Hon. Martin J. Jenkins<br><br>Date of Filing:　September 27, 2006<br>Trial Date:　　　Not Yet Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7435195.1

Joint Stipulated Request for Order Changing Time and
[Proposed] Order
(No. C 06-6412 MJJ)

1    **WHEREAS,** defendant The Boston Consulting Group filed a Motion to Dismiss on
2    October 31, 2006, with a hearing date set for December 5, 2006 before this Court;

3    **WHEREAS,** plaintiff Greg Stranger filed a Motion for Remand on November 13, 2006,
4    with a hearing date noticed for January 9, 2007;

5    **THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS**

6    1.    In the interest of judicial efficiency, the parties request that the Court
7    combine the hearings on defendant's Motion to Dismiss and plaintiff's Motion for Remand.

8    2.    The parties agree to move the hearing date of defendant's Motion to
9    Dismiss from December 5, 2006 to January 9, 2007, so that defendant's Motion to Dismiss and
10   plaintiff's Motion for Remand shall be heard at the same date and time on January 9, 2007, at
11   9:30 a.m. or as soon thereafter as the motions may be heard.

13   Dated: November 15, 2006                    MORGAN, LEWIS & BOCKIUS LLP

15                                               By _____/s/_____
16                                                  Diane L. Webb
                                                    Attorney for Plaintiff
                                                    GREG STRANGER

19   Dated: November 15, 2006                    KEKER & VAN NEST, LLP

21                                               By _____/s/_____
22                                                  Ragesh K. Tangri
                                                    Attorney for Defendant
23                                                  THE BOSTON CONSULTING GROUP, INC.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco
1-SF/7435195.1

Joint Stipulated Request for Order Changing Time and
[Proposed] Order
(No. C 06-6412 MJJ)

2

# ORDER CHANGING TIME

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __November 27__, 2006

___[signature]___
HON. MARTIN J. JENKINS
U.S. District Court Judge

Joint Stipulated Request for Order Changing Time and
[Proposed] Order
(No. C 06-6412 MJJ)

3